# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JASON R. NEWMAN, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION  13-0096-KD-C |
| WARDEN SMITH, et al. | : |
| Defendant(s). | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 26, 2013, is **ADOPTED** as the opinion of this Court.

DONE this 27th day of September 2013.

 s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE